IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY SCHEMM,<br>       Plaintiff,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION,<br>       Defendant. | CIVIL ACTION<br><br><br><br>NO.  25CV3097 |

## O R D E R

**AND NOW**, this 20th day of November, 2025, upon consideration of Defendant Courtyard Management Corporation's Motion to Dismiss (ECF Nos. 18 & 21) and the response thereto (ECF No. 19), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

                                                                BY THE COURT:

                                                                S/ WENDY BEETLESTONE
                                                                _____
                                                                **WENDY BEETLESTONE, C.J.**